**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO.: 1:19-cv-02197-KMT

CARLOS BRITO,

      Plaintiff,

v.

BRIARGATE CENTER LLC,
a Colorado Limited Liability Company,

      Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO and Defendant, BRIARGATE CENTER LLC., by and through their respective attorneys, submit this Joint Notice of Settlement as follows:

1. On December 2, 2019, the Parties reached a settlement agreement resolving the dispute that gave rise to this action.

2. The parties have reached a settlement with respect to all claims and defenses asserted by and between them in this action.

3. Pursuant to the Parties' settlement agreement, the Parties will file a stipulated Motion for Dismissal with Prejudice within thirty (30) days of this Notice.

Dated this 4th day of December, 2019.

      By: */s/Anthony J. Perez*
      ANTHONY J. PEREZ
      GARCIA-MENOCAL & PEREZ, P.L.
      1600 Broadway, Suite 1600
      Denver, CO 80202
      Telephone: (303) 386-7208
      Facsimile: (305) 553-3031
      Primary Email: ajperez@lawgmp.com;
      Secondary E-Mail: aquezada@lawgmp.com;
      ddunn@lawgmp.com
      *Attorneys for Plaintiff*

By: */s/ Hilary A. Roland*
Hilary A. Roland, Esq.
Murray I. Weiner, Esq.
MULLIKEN Weiner Berg & Jolivet, PC.
102 South Tejon Street, Suite 900
Colorado Springs, CO 80903
Telephone: (719) 635-8750
Facsimile: (719) 635-8706
Email: hroland@mullikenlaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 4th day of December, 2019.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway, Suite 1600
Denver, CO 80202
Telephone: (303) 386-7208
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com;
Secondary E-Mail: aquezada@lawgmp.com;
ddunn@lawgmp.com

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ