**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE:  1:19-cv-02197

CARLOS BRITO,

    Plaintiff,

v.

BRIARGATE CENTER LLC,
a Colorado Limited Liability Company,

    Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, CARLOS BRITO and Defendant, BRIARGATE CENTER LLC, having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice against BRIARGATE CENTER LLC.

Jointly submitted this 19th, day of December, 2019.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Hilary A. Roland* |
| ANTHONY J. PEREZ | HILARY A. ROLAND |
| GARCIA-MENOCAL & PEREZ, P.L. | MURRAY I. WEINER |
| 1150 Catamount Drive | MULLIKEN WEINER BERG & JOLIVET, P.C. |
| Golden, CO 80403 | 102 South Tejon Street |
| Telephone: (720) 996-3500 | Alamo Corporate Center, Suite 900 |
| Facsimile: (720) 381-0515 | Colorado Springs, CO 80903 |
| Primary Email: ajperezlaw@gmail.com | Telephone: (719) 635-8750 |
| Secondary Email: aquezada@lawgmp.com | Facsimile: (719) 635-8706 |
| ddunn@lawgmp.com | Email: hroland@mullikenlaw.com |
| *Attorney for Plaintiff* | weiner@mullikenlaw.com |
| | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 19th, day of December, 2019.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1150 Catamount Drive
Golden, CO 80403
Telephone: (720) 996-3500
Facsimile: (720) 381-0515
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: aquezada@lawgmp.com
ddunn@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ